FRANK D. POND (Bar No. 126191)
DANA L. BURCH (Bar No. 224713)
dburch@pondnorth.com
ERIC GAMBOA (Bar No. 311924)
egamboa@pondnorth.com
POND NORTH LLP
355 South Grand Ave., 43rd Floor
P.O. Box 17941
Los Angeles, CA 90071
Telephone: (213) 617-6170
Facsimile: (213) 623-3594

Attorneys for Specially Appearing Defendant
NATIONAL AUTOMOTIVE PARTS ASSOCIATION LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEBORAH SARVER, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES SARVER, SABRINA SARVER, and JEREMIAH SARVER,<br><br>Plaintiffs,<br><br>vs.<br><br>ARVINMERITOR, INC., et al.<br><br>Defendants. | Case No: 2:20-cv-01883-JEM<br><br>**SPECIALLY APPEARING DEFENDANT NATIONAL AUTOMOTIVE PARTS ASSOCIATION LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SUMMONS AND COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P., RULE 12(b)(2)**<br><br>[Filed Concurrently Herewith: Memorandum of Points & Authorities; Declaration of Eric Gamboa; Declaration of Gaylord Spencer; and (Proposed) Order]<br><br>Date: May 5, 2020<br>Time: 10:00 a.m.<br><br>Case Filed: March 5, 2020 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on May 5, 2020, at 10:00 a.m. or as soon thereafter as the matter may be heard before the Honorable John E. McDermott,

1

Specially Appearing Defendant National Automotive Parts Association LLC ("NAPA") moves this Honorable Court, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(2), to dismiss Plaintiffs' Complaint against NAPA for lack of personal jurisdiction.  This Court does not have specific or general personal jurisdiction over NAPA in this case. Exercising personal jurisdiction over NAPA would be inconsistent with the Due Process Clause of the Fourteenth Amendment and would be contrary to U.S. Supreme Court precedent. (See *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County*, 137 S.Ct. 1773, 1779 (2017), *Daimler AG v. Bauman*, 134 S.Ct. 746, 754-55 (2014), *Goodyear Dunlop Tires Operations, S.A. v. Brown*, 564 U.S. 915, 918-19 (2011), *International Shoe Co. v. State of Wash., Office of Unemployment Compensation and Placement*, 326 U.S. 310, 319 (1945).)

      This motion is based upon this Notice, the Memorandum of Points and Authorities in support thereof, the Declaration of Gaylord Spencer, the Declaration of Eric Gamboa, the [Proposed] Order granting NAPA's motion, and all exhibits attached thereto, filed concurrently herewith, all pleadings, declarations and exhibits in the Court's file; and upon such oral and/or documentary evidence as may be presented at or before the hearing of this motion.

      This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 25, 2020.

Dated:  April 1, 2020　　　　　　　　　　POND NORTH LLP

　　　　　　　　　　　　　　　　By:  */s/ Eric Gamboa*
　　　　　　　　　　　　　　　　　　　ERIC GAMBOA
　　　　　　　　　　　　　　　　　　　Attorneys for Specially Appearing Defendant
　　　　　　　　　　　　　　　　　　　NATIONAL AUTOMOTIVE PARTS ASSOCIATION LLC

2

SPECIALLY APPEARING DEFENDANT NAPA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SUMMONS AND COMPLAINT FOR LACK OF PERSONAL JURISDICTION
4649-0503:4830-0720-6328.v1

## PROOF OF SERVICE

*Deborah Sarver, et al. v. Arvinmeritor, Inc., et al.*
**USDC, Central District of California, Case No. 2:20-cv-01883-JEM**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 355 South Grand Ave., 43rd Floor, P.O. Box 17941, Los Angeles, CA 90071.

On April 1, 2020, I served the following document(s): **SPECIALLY APPEARING DEFENDANT NATIONAL AUTOMOTIVE PARTS ASSOCIATION LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SUMMONS AND COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

DEAN, OMAR & BRANHAM, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202

ALL PARTIES INTERESTED IN THIS ACTION

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California.

☐ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☐ By E-Service: I electronically served the above document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

☒ By E-Service: I electronically served the above document(s) via ECF/PACER on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

☐ By Personal Service: I caused to be delivered by courier **Nationwide Legal Express,** such envelope by hand to the offices of the above addressee(s).

☐ By Facsimile Machine: The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

Executed: April 1, 2020

1 ☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Yvonne Flores
Yvonne Flores
4649.0503

SPECIALLY APPEARING DEFENDANT NAPA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SUMMONS AND COMPLAINT FOR LACK OF PERSONAL JURISDICTION
4649-0503:4830-0720-6328.v1