COLLEEN E. BAIME (SBN 296770)
cbaime@mwe.com
KATHERINE C. ELFORD (SBN 207160)
kelford@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:  +1 310 277 4110
Facsimile:   +1 310 277 4730

Attorneys for Defendant
Honeywell International Inc., *f/k/a* AlliedSignal Inc.,
Successor-in-Interest to The Bendix Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SARVER, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES SARVER, SABRINA SARVER, and JEREMIAH SARVER,<br><br>Plaintiffs,<br><br>vs.<br><br>ARVINMERITOR, INC., *et al.*,<br><br>Defendants. | CASE NO. 2:20-cv-01883-RGK (PVC)<br><br>[~~PROPOSED~~] **ORDER DISMISSING DEFENDANT HONEYWELL INTERNATIONAL INC.,** *F/K/A* **ALLIEDSIGNAL INC., SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION, WITHOUT PREJUDICE**<br><br>Complaint Filed:  February 26, 2020<br>Trial:                    April 20, 2021 |

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the operative Complaint of Plaintiffs DEBORAH SARVER, individually and as personal representative of the Estate of James Sarver, SABRINA SARVER and JEREMIAH SARVER, in the above-entitled action, as to Defendant HONEYWELL INTERNATIONAL INC., F/K/A ALLIEDSIGNAL INC., SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION, only, is dismissed without prejudice, each party to bear its own fees and costs.

Dated: January 27, 2021

/s/ Gary Klausner

Hon. R. Gary Klausner
DISTRICT COURT JUDGE

# FEDERAL COURT PROOF OF SERVICE

*Deborah Sarver, et al v. Arvinmeritor, Inc. et al*
USDC Case No. 2:20-cv-01883-DMG-PVC

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206. I am employed in the office of a member of the bar of this Court at whose direction the service is made.

On January 26, 2021, I served the following document(s):

**[PROPOSED] ORDER DISMISSING DEFENDANT HONEYWELL INTERNATIONAL INC., F/K/A ALLIEDSIGNAL INC., SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION, WITHOUT PREJUDICE**

On all interested parties in this action through the use of the website maintained by CM/ECF to the following parties:

**SEE SERVICE LIST PROVIDED BY CM/ECF**

[X] BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the above document(s) with Clerk of the Court by using CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury, under the laws of the United States that the above is true and correct.

Executed on January 26 2021, at Los Angeles, California.

*/S/ Alejandra Davalos*
Alejandra Davalos

1
**[PROPOSED] ORDER DISMISSING DEFENDANT HONEYWELL INTERNATIONAL INC., F/K/A ALLIEDSIGNAL INC., SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION, WITHOUT PREJUDICE**